ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
STEVEN M. JODLOWSKI (239074)
DAVID A. KNOTTS (235338)
EUN JIN LEE (264208)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
sjodlowski@rgrdlaw.com
dknotts@rgrdlaw.com
elee@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA BARLETTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>       vs.<br><br>ACTEL CORPORATION, et al.,<br><br>                             Defendants. | No. 10-cv-04703-HRL<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |

588243_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily

3  dismisses the above-captioned action without prejudice.

4  DATED: November 29, 2010                    Respectfully submitted,

5                                              ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
6                                              DARREN J. ROBBINS
                                               RANDALL J. BARON
7                                              A. RICK ATWOOD, JR.
                                               DAVID T. WISSBROECKER
8                                              STEVEN M. JODLOWSKI
                                               DAVID A. KNOTTS
9                                              EUN JIN LEE

10

11                                                     s/ David T. Wissbroecker
                                                   DAVID T. WISSBROECKER
12
                                               655 West Broadway, Suite 1900
13                                             San Diego, CA  92101
                                               Telephone:  619/231-1058
14                                             619/231-7423 (fax)

15                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                               KARL P. BARTH
16                                             1918 8th Avenue, Suite 3300
                                               Seattle, WA  98101
17                                             Telephone:  206/623-7292
                                               206/623-0594 (fax)
18
                                               LEVETOWN & JENKINS, LLP
19                                             MICHAEL P. LEWIS
                                               700 12th Street, NW, Suite 700
20                                             Washington, DC  20005
                                               Telephone:  202/379-4899
21                                             866/278-2973 (fax)

22                                             Attorneys for Plaintiff

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 29, 2010.

      s/ David T. Wissbroecker
DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:dwissbroecker@rgrdlaw.com

588243_1

# Mailing Information for a Case 5:10-cv-04703-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Randall J. Baron**
  randyb@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **David A. Knotts**
  david.knotts@dlapiper.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eun Jin Lee
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```